**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 06-7579**

———————————

UNITED STATES OF AMERICA,

Plaintiff -Appellee,

versus

JAMES DEBERRY,

Defendant - Appellant.

———————————

Appeal from the United States District Court for the District of Maryland, at Baltimore.  Andre M. Davis, District Judge. (1:96-cr-00399-AMD; 1:03-cv-01034-AMD)

———————————

Submitted:  March 21, 2007          Decided:  April 3, 2007

———————————

Before WILLIAMS, MOTZ, and DUNCAN, Circuit Judges.

———————————

Dismissed by unpublished per curiam opinion.

———————————

James DeBerry, Appellant Pro Se.  Lynne Ann Battaglia, Martin Joseph Clarke, OFFICE OF THE UNITED STATES ATTORNEY, Baltimore, Maryland, for Appellee.

———————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

James A. DeBerry seeks to appeal the district court's orders denying relief on his 28 U.S.C. § 2255 (2000) motion and denying his Fed. R. Civ. P. 59(e) motion for reconsideration. Neither order is appealable unless a circuit justice or judge issues a certificate of appealability. 28 U.S.C. § 2253(c)(1) (2000). A certificate of appealability will not issue absent "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2) (2000). A prisoner satisfies this standard by demonstrating that reasonable jurists would find that any assessment of the constitutional claims by the district court is debatable or wrong and that any dispositive procedural ruling by the district court is likewise debatable. Miller-El v. Cockrell, 537 U.S. 322, 336-38 (2003); Slack v. McDaniel, 529 U.S. 473, 484 (2000); Rose v. Lee, 252 F.3d 676, 683-84 (4th Cir. 2001). We have independently reviewed the record and conclude that DeBerry has not made the requisite showing. Accordingly, we deny a certificate of appealability and dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED